IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Anderson, Luther | Case Number:  07 B 07323 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  4/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,837.50 | |
| Secured: | | 1,350.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,334.00 |
| Trustee Fee: | | 210.28 |
| Other Funds: | | 1,943.22 |
| Totals: | 5,837.50 | 5,837.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,274.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,334.00 | 2,334.00 |
| 3. | Jaguar Credit Corporation | Secured | 0.00 | 1,350.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 712.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 38.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,159.95 | 0.00 |
| 8. | Dr Axel Vargas MD | Unsecured | 444.60 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 2,079.35 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 158.54 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 9,740.97 | 0.00 |
| 12. | Ford Motor Credit Corporation | Unsecured | 11,325.72 | 0.00 |
| 13. | Jaguar Credit Corporation | Unsecured | 0.00 | 0.00 |
| 14. | General Motors Acceptance Corp | Unsecured | 5,069.99 | 0.00 |
| 15. | Armor System Corporation | Unsecured | | No Claim Filed |
| 16. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 17. | Beneficial | Unsecured | | No Claim Filed |
| 18. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 19. | MRSI | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Kehoe, Palmer & Djordjevic S C | Unsecured | | No Claim Filed |
| 22. | Kohn Law Firm SC | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | MRSI | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Anderson, Luther | Case Number: 07 B 07323 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 4/23/07 |

| | | | | |
|---|---|---|---|---|
| 26. | MRSI | Unsecured | | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | Urology Consultants, S C | Unsecured | | No Claim Filed |
| 31. | R Martin Earles MD | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 34. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |

$ 35,337.12          $ 3,684.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 210.28 |

$ 210.28

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____